# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **v.** § | **CRIMINAL NO. 6:15-CR-62-JRG** | |
| § | | |
| **NAOMI LIPSCOMB** § | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Court referred a petition, alleging violation of supervised release conditions, to United States Magistrate Judge John Love for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

At the close of the August 27, 2018, revocation hearing, Defendant, defense counsel and counsel for the government signed a standard form waiving their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's report, consenting to revocation of supervised release and consenting to the imposition of the sentence recommended in the report. Defendant also waived her right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the report and recommendation immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that Defendant's plea of true to allegations as set forth in the government's petition be **ACCEPTED**. Based upon Defendant's plea of true to the allegations, the Court finds that Defendant violated the conditions of her supervised release. It is further **ORDERED** that

1

Defendant's supervised release be **REVOKED**. Judgment and commitment will be entered separately, in accordance with the Magistrate Judge's recommendations. It is further

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months, with two years supervised release to follow, with the first 6 months of supervised release to be in a halfway house. The Court also **RECOMMENDS** that the place of confinement be Carswell due to medical needs and to facilitate family visitation and drug treatment while in the custody of the Bureau of Prisons.

**So ORDERED and SIGNED this 30th day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE